# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.

Primitivo VEGA Jr.
United States Citizen
Born 1977

United States District Court
Southern District of Texas
FILED
FEB 2 4 2014
, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-14-355-M

I, Roy D. Castillo, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 22, 2014** (Date) in **Hidalgo** County, in the **Southern** District of **Texas**, Defendant did,

knowingly and intentionally possess with the intent to distribute and import into the United States approximately 55.94 kilograms of marijuana, a Schedule I controlled substance.

in violation of Titles **21** United States Code, Sections **841(a)(1) & 952(a)**.

I further state that I am a **Special Agent** and that this complaint is based on the following facts:
(Official Title)

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved

Signature of Complainant

Roy D. Castillo
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 24, 2014                                    at    McAllen, Texas
Date                                                           City and State

U.S. Magistrate Judge, Dorina Ramos
Name and Title of Judicial Officer                    Signature of Judicial Officer

**Attachment "A"**

On February 22, 2014, at approximately 11:19 a.m., Primitivo VEGA Jr., a United States (US) citizen, made entry into the US, from Mexico, through the Hidalgo, TX, Port of Entry (POE). VEGA was the driver and sole occupant of a 1999 Ford Expedition displaying TX license plates BHS-7028. VEGA did not have proper identification and was referred into the secondary inspection area for further inspection.

Once in the secondary inspection area, VEGA was asked who the vehicle belonged to. VEGA stated he recently purchased the vehicle with his income tax refund. Upon further inspection of the vehicle, it was noticed that the interior ceiling of the vehicle appeared to be lower than normal. A drug detection canine was utilized to search the vehicle. The canine subsequently alerted to the odor of narcotics in the back seat area of the vehicle. A VACIS Gamma Ray inspection was conducted on the vehicle and anomalies were noticed in the roof of the vehicle. Upon further inspection, a compartment in the roof was found to contain 51 bricks wrapped in plastic wrap. The bricks were probed and found to contain a green leafy substance which field tested positive for Marijuana. The 51 bricks weighed 55.94 kilograms.

Special Agent (SA) Roy D. Castillo, Homeland Security Investigations, McAllen, TX, informed VEGA of his Miranda Rights. VEGA then signed a form indicating he understood his Miranda Rights and agreed to waive them. During an interview, VEGA stated he helped wrap the marijuana and place it into the compartment in the roof of the vehicle he was driving. VEGA further stated he agreed to drive the marijuana laden vehicle from Reynosa, Tamaulipas, Mexico into the US for payment. Once in the US, VEGA was going to deliver the marijuana laden vehicle to an unknown individual in Hidalgo, TX. VEGA was going to receive $1500 payment upon delivery of the vehicle. VEGA also indicated the vehicle belonged to the owners of the marijuana.

VEGA stated he had a previous conviction in 2001 for importing and possessing approximately 100 pounds of marijuana through a local POE and he was sentenced to 18 months of incarceration. VEGA also stated he did this because he needed money to purchase medication for his 7 year old son who suffers from "Attention Deficit Hyperactivity Disorder (ADHD)".

The license plates on the vehicle are registered to Maria Villarreal of San Juan, TX.